STATE OF NEW JERSEY v. RALPH DEAN CAVALLI.

February 19, 1982.

Petition for certification denied.

IN THE MATTER OF THE GENERAL ELECTION HELD IN THE
TOWNSHIP OF DEPTFORD, COUNTY OF GLOUCESTER AND
STATE OF NEW JERSEY ON TUESDAY, NOVEMBER 3, 1981.

February 19, 1982.

Petition for certification denied.

IN THE MATTER OF THE GENERAL ELECTION HELD IN THE
TOWNSHIP OF DEPTFORD, COUNTY OF GLOUCESTER AND
STATE OF NEW JERSEY ON TUESDAY, NOVEMBER 3, 1981.

February 19, 1982.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. GUALBERTO MORALES.

February 19, 1982.

Petition for certification denied.   (See 182 N.J.Super. 502)